## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL RAMIREZ-CONTRERAS(3),<br><br>                         Defendant. | Case No. **3:06-cr-01194-BTM-3**<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:
21:846 and 841(a)(1) ,21:841(a)(1) and 18:2, 21:846 and 841(a)(1), 21:841(a)(1), 21:841(a)(1) and 18:2
Counts 1-5 as listed above.

Dated: 5/12/2023

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge